UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON BEAUREGA MITCHELL,

Petitioner,

v.

WARDEN,

Respondent.

No. 2:25-cv-1213 WBS CSK

ORDER

Petitioner, a federal prisoner proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 1441. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 14, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. As the magistrate judge pointed out, the appropriate way to re-assert his habeas claims is for petitioner to file a new habeas petition in which all claims are exhausted, and he is free to

do so.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 34) are adopted in full;
2. Petitioner's motion for reconsideration (ECF No. 16) is DENIED;
3. Petitioner's other post-judgment motions (ECF Nos. 22, 26, 28, and 29) are DENIED; and
4. The Clerk of Court is directed to close this case.

Dated: September 16, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/mitc1213.805.2241.hc