UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JASON BEAUREGA MITCHELL,<br>Petitioner,<br>v.<br>WARDEN, FCI HERLONG,<br>Respondents. | No. 2:25-cv-1213 WBS CSK<br><br><u>ORDER NOT RELATING CASES</u> |
| JASON BEAUREGA MITCHELL,<br>Petitioner,<br>v.<br>WARDEN, FCI HERLONG,<br>Respondents. | No. 2:26-cv-3002 DC JDP |

| | |
|---|---|
| JASON BEAUREGA MITCHELL,<br>Petitioner,<br>v.<br>WARDEN FCI HERLONG,<br>Respondents. | No. 2:26-cv-2934 DC CKD |

----oo0oo----

Examination of the above-entitled actions reveals that the assignment of the matters to the same judge is not likely to effect a saving of judicial effort nor would it likely be convenient for the parties. Therefore, the Court declines to relate these cases.

IT IS SO ORDERED.

Dated: October 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE